FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) LEON SAMUEL 14939052
(Name of Plaintiff)     (Inmate Number)
USP COLEMAN PO BOX 1033
COLEMAN FLORIDA 33521
(Address)

(2) _____
(Name of Plaintiff)     (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) UNITED STATES OF AMERICA

(2) _____

(3) _____
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

3:18cv773
(Case Number)

CIVIL COMPLAINT
FTCA 28 USC 1436(b)

FILED
SCRANTON
APR 0 9 2018
PER _____ CLERK

TO BE FILED UNDER: ____ 42 U.S.C. § 1983 - STATE OFFICIALS
                     X  28 U.S.C. § 1331 - FEDERAL OFFICIALS
                     X  FTCA 28 USC § 1436(b)

I. PREVIOUS LAWSUITS

   A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ___Yes  ✓ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___No

C. If your answer to "B" is Yes:

   1. What steps did you take? I FILED A tort claim under loss and or injury to The FBUP

   2. What was the result? My tort claim was denied

D. If your answer to "B" is No, explain why not: I FILED A tort claim under loss and or injury to the FBUP

III. **DEFENDANTS**

(1) Name of first defendant: United states of America
    Employed as NORTH EAST REGIONAL OFFICE -1,J 1141 at US Coorstooms (attach) E
    Mailing address: 2ND & CHESSNUT STREETS PHILADELPHIA PA 19106
(2) Name of second defendant: _____
    Employed as _____ at _____
    Mailing address: _____
(3) Name of third defendant: _____
    Employed as _____ at _____
    Mailing address: _____

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

IV. **STATEMENT OF CLAIM**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. See attached papers

2

2.

3.

## V. RELIEF

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

1. *See attached papers*

2.

3.

## STATEMENT OF CLAIM.

On April 14 2017 in the special Housing unit of USP. Cannan, In cell 128 unit B Lower. I LEON SAMUEL was Assaulted Repeatedly from the hours of 9:30 AM - 3:30 PM. By inmate DARRELL MOORE.

Durring the assault 9 Diffrent F.B.O.P. officers did rounds in the S.H.U. (special housing unit) and disregarded my please and request to be removed from the cell because of being assualted.

At one point A unNamed F.B.O.P officer walked up to the cell and said. "How much More Can you endure? Not Much I Think".

Inmate moore and I should never have been cellmates, because (A) I was housed in the S.H.U (special housing unit) under protective custody. Inmate moore was not. (B) 1 week Before I arrived to USP Cannah. Inmates from New York and Inmates from The "Crips" Gang Had An Altercation in which inmates were stabbed. and the Facility was put on lock down. I was placed in the S.H.U. For protective Custody. Inmate moore was placed in the S.H.U. Because of disiplineary reasons, we should not have been cellmates...

RELIEF

The damages are as follows.

1. I was taken to Moses Taylor Hospital for medical treatment for the following.
   A. A human bite on my right hand that requierd
   B. Bite on right chest. (Human bite)
   C. Brusing to left and right eyes
   D. Swollen left lips and cheeks.

2. Because of this ordeal and assault I have had to be put on an additional medication for P.t.s.d. wich is Prazosin 5mg to help with Night mares, flashbacks, paranoia Hyperaceusis, Anxiety and deperssion.

3. I also suffer from lower back pain from this ordeal and assault...

because of all the above stated I seek $2,600,000.00

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __15__ day of __MARCH_____, 20__18__

_____
(Signature of Plaintiff)

Leon Samuel 14439052
United States Penitentiary Coleman 1
PO Box 1033 Coleman FL 33521

Att: Clerk of Courts
William J Nealon Federal Building
United States Court House
PO Box 1148
Scranton PA 18503

2 of 2

RECEIVED
SCRANTON
APR 09 2018
PER _____
DEPUTY CLERK